No. 76–1650. OHRALIK *v.* OHIO STATE BAR ASSN. Appeal from Sup. Ct. Ohio; and

No. 77–56. IN RE SMITH. Appeal from Sup. Ct. S. C. Motion of Public Citizen et al. for leave to file a brief as *amici curiae* granted. Probable jurisdiction noted and cases set for oral argument in tandem. Reported below: No. 76–1650, 48 Ohio St. 2d 217, 357 N. E. 2d 1097; No. 77–56, 268 S. C. 259, 233 S. E. 2d 301.

No. 77–10. EXXON CORP. ET AL. *v.* GOVERNOR OF MARYLAND ET AL.;

No. 77–11. SHELL OIL CO. *v.* GOVERNOR OF MARYLAND ET AL.;

No. 77–12. CONTINENTAL OIL CO. ET AL. *v.* GOVERNOR OF MARYLAND ET AL.;

No. 77–47. GULF OIL CORP. *v.* GOVERNOR OF MARYLAND ET AL.; and

No. 77–64. ASHLAND OIL, INC., ET AL. *v.* GOVERNOR OF MARYLAND ET AL. Appeals from Ct. App. Md. Motions of Pacific Legal Foundation and Champlin Petroleum Co. et al. for leave to file briefs as *amici curiae* in No. 77–10 granted. Motion of Chamber of Commerce of the United States for leave to file a brief as *amicus curiae* granted. Probable jurisdiction noted. Cases consolidated and a total of one hour allotted for oral argument. MR. JUSTICE STEWART and MR. JUSTICE POWELL took no part in the consideration or decision of these motions and cases. Reported below: 279 Md. 410, 370 A. 2d 1102 and 372 A. 2d 237.

No. 76–1608. MICHIGAN *v.* TYLER ET AL. Sup. Ct. Mich. Certiorari granted.

No. 76–1610. AYALA ET AL. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari granted.